

# GENTRY LOCKE
# RAKES & MOORE

A Limited Liability Partnership

Attorneys at Law
540·983·9300

Facsimile 540·983·9400

10 Franklin Road, S.E.
Post Office Box 40013
Roanoke, Virginia 24022-0013
www.gentrylocke.com

Direct Dial: (540) 983-9418
barrett_lucy@gentrylocke.com

August 24, 2005

*Via* **Overnight Delivery**

A. Peter Brodell, Esq.
Williams Mullen, P.C.
Two James Center
1021 East Cary Street
Richmond, Virginia 23218

    Re:    Bostic Development at Lynchburg, LLC v. Liberty University, Inc.; Civil Action No. 6:05-CV-00013

Dear Mr. Brodell:

Thank you for recently taking an opportunity to speak with us with regard to the above-captioned matter in which our firm represents Bostic Development at Lynchburg, LLC. We understand you represent Liberty University, Inc.

As we discussed, you have agreed to accept service of Bostic Development at Lynchburg, LLC's Second Amended Complaint for Declaratory Judgment and Other Relief (the "Complaint") on behalf of the defendant, Liberty University, Inc. Accordingly, we are enclosing a copy of the Complaint. We are also enclosing a copy of the Lease and its corresponding exhibits which were previously filed with the Court as an attachment to the original Complaint and the Amended Complaint, as Exhibit 1.

We understand that you will file a responsive pleading on behalf of Liberty University, Inc. by Tuesday, September 13, 2005. By copy of this letter to the Clerk of the United States District Court for the Western District of Virginia, we are confirming our agreement that the enclosures will not be formally served upon Liberty University, Inc.'s registered agent. If you believe we have misunderstood our agreement in any manner whatsoever, we ask that you contact us immediately.

We thank you in advance for your attention to this matter.

12859/1/1305585.1

Case 6:05-cv-00013-NKM   Document 6   Filed 08/24/05   Page 1 of 2   Pageid#: 89

A. Peter Brodell, Esq.
Williams Mullen, P.C.
August 24, 2005
Page 2

        Very truly yours,

        GENTRY LOCKE RAKES & MOORE, LLP

        J. Barrett Lucy

JBL:dmb
Enclosure

cc: John F. Corcoran, Clerk (w/out encl.)
     Mike Utley (w/encl.)
     K. Brett Marston, Esq. (w/out encl.)