IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
AUG 2 5 2005
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| BOSTIC DEVELOPMENT AT LYNCHBURG, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>LIBERTY UNIVERSITY, INC.,<br><br>*Defendant.* | CIVIL ACTION NO. 6:05-CV-00013<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

On July 1, 2005, this Court signed a Memorandum Opinion and Order dismissing this case for lack of subject matter jurisdiction. Due to an inexplicable inadvertence, the Memorandum Opinion and Order were not actually recorded in the Clerk's Office. For this reason, the Memorandum Opinion and Order shall be entered today.

It is so ORDERED.

The Clerk of the Court is directed to send a copy of this Order to all parties.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

Date: August 25, 2005

Case 6:05-cv-00013-NKM   Document 7   Filed 08/25/05   Page 1 of 1   Pageid#: 91