IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| BOSTIC DEVELOPMENT AT LYNCHBURG, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>LIBERTY UNIVERSITY, INC.,<br><br>*Defendant.* | CIVIL ACTION NO. 6:05-CV-00013<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons discussed in the accompanying Memorandum Opinion, this matter is hereby DISMISSED for lack of subject matter jurisdiction.

It is so ORDERED.

The clerk is directed to STRIKE this case from the docket, and further directed to send a copy of this Order to all counsel of record.

ENTERED: _____
U.S. District Judge

August 25, 2005
Date